BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
**STEPHENSON & DICKINSON, P.C.**
2820 West Charleston Boulevard, Suite B-17
Las Vegas, Nevada 89102
Telephone: (702) 474-7229
Facsimile:  (702) 474-7237
*email:  admin@sdlawoffice.net*

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DARRELLYNE MAY SINOHUI, an individual<br><br>Plaintiff,<br><br>vs.<br><br>ATS SPECIALIZED, INC. a foreign corporation; KEVIN EDWARD BASLER, individually; DOES I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | CASE NO.  2:21-cv-01420<br><br>**Defendants' Petition for Removal** |

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA:

   ATS Specialized, Inc. and Kevin Edward Basler, respectfully petition the Court for an Order removing the above-entitled action to the United States District Court and alleges as follows:

   1.   ATS Specialized, Inc. and Kevin Edward Basler are the Defendants in the above-entitled action.

   2.   The above-entitled action was commenced against Defendants on June 7, 2021, in the Eighth Judicial District Court, Clark County, Nevada, and is now pending in such Court as Case No. A-21-837480-C.

   3.   A copy of the Summons and Complaint in Case No. A-21-837480-C was served on ATS Specialized Inc. on July 20, 2021 (Exhibit A).

4. A copy of the Summons and Complaint in Case No. A-21-837480-C was served on Kevin Edward Basler on or about July 21, 2021.

5. The above-entitled action is the result of a motor vehicle accident occurring in Clark County, Nevada on or about August 7, 2019.

6. The amount in controversy exceeds $75,000. In support of the claim that the amount in controversy exceeds $75,000.00, Defendants state as follows:

    A) Ms. Sinohui is claiming accident-related injuries to her cervical and lumbar spine. The treatment she has received includes radiofrequency ablations to the cervical spine.

    B) The past medical bills total $130,829.00.

    B) The Complaint seeks damages for:

        1) Past lost income.

        2) Future lost income, i.e., loss of earning capacity.

        3) Other incidental damages.

        4) Punitive damages.

7. There is diversity of citizenship between Plaintiff and Defendants and this Court has jurisdiction over the above-entitled action pursuant to 28 USC § 1332 and 28 USC § 1441:

    A) Plaintiff Darrellyne May Sinohui is a resident and citizen of Henderson, Nevada.

    B) Kevin Edward Basler is a resident and citizen of Eldorado, Wisconsin.

    C) ATS Specialized, Inc. is a Minnesota corporation with its principal place of business in St. Cloud, Minnesota.

. . . .
. . . .
. . . .
. . . .
. . . .
. . . .
. . . .

  WHEREFORE, Defendants request that the above-entitled action be removed from the Eighth Judicial District Court, Clark County, Nevada to this Court.

  DATED this 30th day of July, 2021.

                STEPHENSON & DICKINSON, P.C.

            By: _____
                BRUCE SCOTT DICKINSON, ESQ.
                Nevada Bar No. 002297
                2820 West Charleston Boulevard, Suite B-17
                Las Vegas, Nevada 89102
                P:  (702) 474-7229
                F:  (702) 474-7237
                *email:  admin@sdlawoffice.net*
                Attorneys for Defendants

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that I am an employee of STEPHENSON & DICKINSON and that on this 30th day of July, 2021, I caused to be served a copy of the foregoing: **Defendants' Petition for Removal** on the party(s) set forth below by:

_____   Electronic service pursuant to NECFR 9

_____   Placing an original or true copy in a sealed envelope placed for collection and mailing in the United States Mail, at Las Vegas, Nevada, postage prepaid, following ordinary business practices;

_____   Facsimile transmission only, pursuant to the amended Eighth Judicial District Court Rule 7.26

\_\_\_\_X\_\_\_   Case Management/Electronic Case Filing (CM/ECF)

_____   Hand Delivery – Receipt of Copy

addressed as follows:

George T. Bochanis, Esq.
George T. Bochanis, Ltd.
631 S. Ninth Street
Las Vegas, NV 89101
T:  702-388-2005
F:  702-388-0484
george@lvaccident.com

*Attorneys for Plaintiff*

_____
Employee of STEPHENSON & DICKINSON

4