**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DARRELLYNE MAY SINOHUI, an individual | CASE NO. 2:21-cv-01420-ART-NJK |
| Plaintiff, | |
| vs. | **ORDER APPROVING STIPULATION AND ORDER FOR DISMISSAL WITH PRJUDICE** |
| ATS SPECIALIZED, INC. a foreign corporation; KEVIN EDWARD BASLER, individually; DOES I through X; and ROE CORPORATIONS XI through XX, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between DARRELLYNE MAY SINOHUI; ATS SPECIALIZED, INC. and KEVIN EDWARD BASLER, by and through their respective attorneys of record, that the above-entitled action be dismissed with prejudice.

…

…

…

…

1  Each party to bear their own costs and fees.

2  Dated this 10th day of March, 2023.        Dated this 13th day of March, 2023

3  THORNDAL ARMSTRONG, PC            GEORGE T. BOCHANIS, LTD.

4

5                                        /s/ *George T. Bochanis*

6  By:_____        By:_____
   BRUCE SCOTT DICKINSON, ESQ.          GEORGE T. BOCHANIS, ESQ.
7  Nevada Bar No. 002297                Nevada State Bar No. 002262
   1100 E. Bridger Avenue               631 S. Ninth St.
8  Las Vegas, NV  89101                 Las Vegas, Nevada 89101
   TEL: (702) 366-0622 / Fax: (702) 366-0327
9  bsd@thorndal.com                     Attorney for Plaintiff

10 Attorneys for Defendants

11

12                          **ORDER**

13        **IT IS SO ORDERED this  20th  day of _____March_____, 2023.**

14

15

16                          **DISTRICT COURT JUDGE**

17

18 Submitted By:

19 THORNDAL ARMSTRONG, PC

20

21 By: _____
   BRUCE SCOTT DICKINSON, ESQ.
22 Nevada Bar No. 002297
   1100 E. Bridger Avenue
23 Las Vegas, NV  89101

24

25 Attorneys for Defendants

26

27

28